IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RICKY CAGLE                                                    PLAINTIFF

            v.                        Civil No. 05-2111

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                DEFENDANT

## JUDGMENT

     Comes now the Court on this 2nd day of June, 2006, in accordance with the Memorandum

Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges

that the decision of the Commissioner of Social Security is reversed and this matter is remanded

to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for further consideration

consistent with the Memorandum Opinion.

     Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v.
Schaefer*, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed. 2d 239 (1993), a petition for attorney's fees

under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment

becomes final.

     IT IS SO ORDERED.

                            **/s/ Beverly Stites Jones**
                        _____
                        HON. BEVERLY STITES JONES
                        UNITED STATES MAGISTRATE JUDGE